```
       UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF WEST VIRGINIA
              AT CHARLESTON
```

**BARBARA DIXON,**

       Plaintiff,

v.                            Civil Action No. 2:16-cv-05681

**LIVE NATION WORLDWIDE, INC.**
doing business as
**TICKETMASTER, L.L.C.,**

       Defendant.

## JUDGMENT ORDER

In accordance with the order granting defendant's motion to dismiss for plaintiff's failure to prosecute this day entered in the above-styled civil action, it is ORDERED that this civil action be, and it hereby is, dismissed without prejudice and stricken from the docket of the court.

The Clerk is directed to transmit copies of this order to all counsel of record, any unrepresented parties and to plaintiff via U.S. Mail at the following address:

        Barbara Dixon
        544 Burlew Drive
        Charleston, WV 25302

        DATED: August 10, 2017

        John T. Copenhaver, Jr.
        United States District Judge